# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY MCCOY,**                                                                                    **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-00069-KGB-JTR**

**JOSEPH GORMAN,** *et al.*                                                              **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Thomas Ray on September 25, 2020 (Dkt. No. 7). No objections have been filed to the Recommended Disposition, and the deadline for filing objections has since passed. Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law. The Court dismisses plaintiff Terry McCoy's claims without prejudice for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 28th day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge