THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY MCCOY,**                                                                               **PLAINTIFF**

v.                             Case No. 4:20-cv-00069-KGB-JTR

**JOSEPH GORMAN,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Terry McCoy's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 28th day of January, 2021.

                                                                      */s/ Kristine G. Baker*
                                                                      Kristine G. Baker
                                                                      United States District Judge